IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                    No. 2:11-cv-3192 DAD (PC)

    vs.

RIO COSUMNES CORRECTIONAL
CENTER, et al.,                       ORDER AND

        Defendants.             FINDINGS AND RECOMMENDATIONS

        By an order filed December 8, 2011, plaintiff was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has neither filed an in forma pauperis affidavit nor paid the appropriate filing fee.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign this action to a United States District Judge; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  Such a document should be captioned "Objections to Magistrate
3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
4  within the specified time may waive the right to appeal the District Court's order.  Martinez v.
5  Ylst, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: January 31, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:12
    weav3192.fifp

2