IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                      No. Civ S-11-3192 KJM DAD (PC)

    vs.

RIO COSUMNES CORRECTIONAL
CENTER, et al.,

        Defendants.             ORDER

/

        Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 1, 2012, the magistrate judge filed findings and recommendations recommending dismissal of this action for failure to comply with an order to either pay the filing fee for this action or file an application to proceed in forma pauperis. Plaintiff was informed that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff did not timely file objections to the findings and recommendations and on March 1, 2012, this court adopted the findings and recommendations and dismissed the action without prejudice. Judgment was entered on the same day.

/////

1

Review of the record reveals that plaintiff had filed a motion to proceed in forma pauperis. Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This court's March 1, 2012 order and the judgment thereon are vacated; and

2. This matter is referred to the magistrate judge for further proceedings.

DATED: March 20, 2012.

                                              UNITED STATES DISTRICT JUDGE

/weav3192.vac