IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                     No. 2:11-cv-3192 KJM DAD (PC)

    vs.

RIO COSUMNES CORRECTIONAL CENTER,

    Defendant.                ORDER

         Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a motion to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a).[1]

         Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Orders filed July 17, 2006 (Doc. No. 6), in Weaver v. California Correctional Institution Confinement SHU, No. 1:06-cv-00671-OWW-SMS-P and, Weaver v. California Correctional Institution–Third Watch Lieutenant, No. 1:06-cv-

---

[1] By order filed March 1, 2012, this action was dismissed due to plaintiff's failure to comply with an order of this court to either pay the filing fee or filing an in forma pauperis application. That order was vacated on March 20, 2012 and the matter referred back to the undersigned for further proceedings.

1

00775-OWW-LJO -P (Doc. No. 4), and Order filed August 1, 2006 (Doc. No. 4) in <u>Weaver v. California Correctional Institution Law Library</u>, No. 1:06-cv-00863-OWW-SMS-P.[2] Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff has not alleged any facts in his complaint which suggest that he is under imminent danger of serious physical injury. Plaintiff must therefore submit the appropriate filing fee in order to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 21, 2012 motion to proceed in forma pauperis (Doc. No. 5) is denied.

2. Plaintiff shall submit, within twenty days from the date of this order, the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: April 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
weav3192.1915g

---

[2] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).